No. 93–10. CULLEN v. TRAINOR, ROBERTSON, SMITS & WADE ET AL., 510 U. S. 859. Motion for leave to file petition for rehearing denied.

No. 93–1443. MAKIN v. EVANS ET AL., 511 U. S. 1082. Motion of petitioner for leave to proceed further herein in forma pauperis granted. Petition for rehearing denied.

AUGUST 3, 1994

No. 93–1904. COLORADO v. LEFTWICH ET AL. Sup. Ct. Colo. Certiorari dismissed under this Court's Rule 46.